FILED
11/08/2023 ISP
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

*[This form is for a State prisoner to challenge one prison disciplinary proceeding. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]*

| | |
|---|---|
| Name (under which you were convicted):<br>JASON WERRY | Case No. *[For a new case in this court, leave blank. The court will assign a case number.]*<br>3:23-cv-985 |
| Place of Confinement: INDIANA STATE PRISON | Earliest Possible Release Date: |

*[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]*

1. Name of facility holding the hearing: UNKNOWN

    Date of hearing: 5 / 8 / 22 . Case number: COA-23-05-00000 3

    Offense: HABITUAL

    Code # 200 . Did you plead guilty? ◯ Yes. ☒ No.

2. Lost earned credit time? ◯ No. ☒ Yes, I lost _____ days earned credit time.

    Was the loss of earned credit time suspended? ☒ No. ◯ Yes, it was suspended until: _____/_____/_____ .

    If suspended, has it been imposed? ◯ No. ◯ Yes, it was imposed on: _____/_____/_____ .

3. Demoted in credit class? ☒ No. ☒ Yes, I was demoted from Class _____ to Class _____.

    Was the demotion suspended? ◯ No. ◯ Yes, it was suspended until: _____/_____/_____ .

    If suspended, has it been imposed? ◯ No. ◯ Yes, it was imposed on: _____/_____/_____ .

4. Appealed to the Superintendent? ◯ No. ☒ Yes, the result was: TOLD TO SEND TO JAIL; JAIL DID NOT RESPOND

5. Appealed to Final Reviewing Authority? ◯ No. ☒ Yes, the result was: NO RESPONSE

6. Previously challenged this disciplinary hearing in federal court? ☒ No. ◯ Yes, case number: _____

7. Are you paying the $5.00 filing fee?

    ◯ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

    ☒ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

GROUND THREE: [*Briefly describe your claim.*] _____

_____

       Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you present Ground Three to the Final Reviewing Authority?  ◯ Yes.  ◯ No, because _____

_____


## DOCUMENTS

I have attached these documents from this disciplinary hearing: [*Check all that apply.*]

◯ Report of Conduct
◯ Screening Report
◯ Report of Disciplinary Hearing
◯ Letter from the Final Reviewing Authority
⦿ Other relevant documents: *RETURN OF APPEAL FROM 1SP (ATTACHMENT 1); CLASSIFICATION APPEAL (ATTACHMENT 2); RULE VIOLATION SUMMARY (ATTACHMENT 3)*


## RELIEF

I ask for the following relief: *REVERSAL AND EXPUNGEMENT OF THE CONDUCT REPORT*

_____

_____ or any other relief to which I may be entitled.


## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on *11 / 8* /20 *23* at *12:05* am/**pm**

    [*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under <u>penalty of perjury</u> that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____       *273903*

Signature                                          Prisoner Number

        [*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]