UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JASON WERRY, | |
| Petitioner, | |
| v. | Cause No. 3:23-CV-985-PPS-JEM |
| WARDEN, | |
| Respondent. | |

### ORDER

Jason Werry, a prisoner without a lawyer, was granted until December 11, 2023, to file an amended petition. [DE 5.] He was cautioned that, if he did not respond by that deadline, this case would be dismissed without further notice. That date has passed, but Werry has not filed a response. In sum, it appears that Werry has abandoned this case.

For these reasons, the court **DISMISSES** this case.

**SO ORDERED** on January 25, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT