AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JASON WERRY
    Petitioner

v.                                     Civil Action No. 3:23-cv-985

WARDEN, *Indiana State Prison*
    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other:  This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Philip P. Simon

DATE:   1/25/2024                              CHANDA J. BERTA, CLERK OF COURT

                                                    by   /s/ S. Kowalsky
                                                        *Signature of Clerk or Deputy Clerk*